Guercio & Guercio LLP
ATTORNEYS AT LAW

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

October 7, 2026

**Via ECF**

Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York

Re: *Robin Brown v. Susan Steinhardt, in her official and individual capacities, et al.*
Docket No. : 2:26-cv-05730 (LGD)

Dear Magistrate Judge Dunst,

We are counsel to defendants Village of Southampton Ethics Board, Susan Steinhardt, Teresa Melhado, Edward Corrigan, Victoria Kahn, Michael Vetrano, and Anne Bishop Rachel in this matter.

We write with plaintiff's consent to request an extension of time to November 25, 2026 to respond to the complaint in this matter. This is our first request for an extension of the deadline.

Thank you for the consideration of this request.

Respectfully submitted,

GUERCIO & GUERCIO LLP

Adam I. Kleinberg

cc: All counsel of record (via ECF)